UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Estalin Obed Arriaza-Carrillo,**

Petitioner,

v.

CIVIL ACTION NO.
26-14536-BEM

**Markwayne Mullin et al,**
*Secretary, U.S Department of Homeland Security,*

Respondents.

**FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #14) issued on October 26, 2026, denying the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Respondents against the Petitioner.

BY THE COURT,

***/s/ Marlene Martins***

Deputy Clerk

DATED: October 26, 2026